**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Northwell Health, Inc., | Case No. 2:23-cv-00977-JMA-AYS |
|                 Plaintiff, | |
| vs. | |
| Blue Cross and Blue Shield of Massachusetts, Inc., | |
|                 Defendant. | |

**NOTICE OF DEFENDANT BLUE CROSS AND BLUE SHIELD OF MASSACHUSETTS, INC'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that as soon as it may be heard, in the courtroom of the Honorable Joan M. Azrack, at the United States Courthouse for the Eastern District of New York, located at 100 Federal Plaza, Central Islip, New York 11722, Defendant Blue Cross and Blue Shield of Massachusetts, Inc. ("BCBSMA") hereby moves this Court for an order dismissing Plaintiff Northwell Health, Inc.'s First Amended Complaint against BCBSMA for failure to state a claim under Federal Rule of Civil Procedure Rule 12(b)(6). BCBSMA's motion is based on this Notice of Motion, BCBSMA's Memorandum in Support of its Motion to Dismiss Plaintiff's First Amended Complaint, the Declaration of Samuel Kadosh in support of BCBSMA's declaration and its annexed exhibits, any arguments of counsel, and any other such materials properly considered by the Court at any hearing on this motion.

DATED:  August 29, 2023

Respectfully submitted,

*/s/ Samuel Kadosh*
Samuel Kadosh
**REED SMITH LLP**
599 Lexington Avenue
New York, New York 10022
Telephone: +1 212 521 5400
Facsimile: +1 212 521 5450
skadosh@reedsmith.com

***Attorneys for Defendant Blue Cross And Blue Shield of Massachusetts, Inc.***